

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00323-CV

Bill Wendlandt, 120-MP Victoria Ltd, and Laurent Tower, LLC

v.

Certain Underwriters at Lloyd's, London, subscribing to Policy Nos. AOP-170109 and AQS-170213, HDI Global Specialty, SE, f/k/a International Insurance Company of Hannover, SE, General Security Indemnity Company of Arizona, and Peninsula Insurance Bureau

On Appeal from the
135th District Court of Victoria County, Texas
Trial Court Cause No. 19-08-84898-BB

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

March 30, 2023